## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| JOSH TILLOTSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:16-cv-06495-MSG |
| ) | |
| DELANORE, KEMPER & ASSOCIATES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, JOSH TILLOTSON, ("Plaintiff"), through his attorney, The Law Firm of Michael Alan Siddons, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, DELANORE, KEMPER, & ASSOCIATES, LLC.

RESPECTFULLY SUBMITTED,

May 1, 2017          By: /s/Michael A. Siddons_____
                          Michael A. Siddons
                          Attorney #89018
                          The Law Firm of Michael Alan Siddons, Esquire
                          230 N. Monroe Street
                          PO Box 403
                          Media, PA 19063
                          Tel: 484-614-6546
                          msiddons@siddonslaw.com
                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On May 1, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By: /s/Michael A. Siddons_____
Michael A. Siddons